**FILED**

SEP 2 2 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 10CR02884-001-GT |
| v. | ) ORDER |
| OSCAR ARMANDO JUAREZ-SANDOVAL, | ) |
| Defendant. | ) |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for November 10, 2010 is vacated and reset to December 7, 2010 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 9-22-10

_____
Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/kfp